UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| IN THE MATTER OF AN APPLICATION<br>OF THE UNITED STATES OF AMERICA<br>FOR A SEARCH WARRANT<br>FOR FACEBOOK USER ID 9678067,<br>UNIVERSAL RECORD LOCATOR ("URL")<br>HTTPS://WWW.FACEBOOK.COM/SAUL.GARCIA.9678067<br>("**SUBJECT ACCOUNT**") | CASE NO. 19-mj-1345 |

## MOTION TO SEAL

The United States of America, by its attorneys, hereby moves the Court to seal all documents filed or issued under the above-captioned magistrate number for a period of six (6) months. As a basis for said motion, the government relies upon the facts set forth in the affidavit submitted in support of the application, as well as the attached affidavit.

A proposed order accompanies this motion.

Dated at Milwaukee, Wisconsin this 1st day of November, 2019.

Respectfully Submitted,

MATTHEW D. KRUEGER
United States Attorney

By: /s/ Laura Kwaterski
Laura S. Kwaterski
Assistant United States Attorney

United States Attorney's Office
517 East Wisconsin Avenue, Room 530
Milwaukee, WI 53202
Tel: (414) 297-1700
Fax: (414) 297-1738