UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

IN THE MATTER OF AN APPLICATION
OF THE UNITED STATES OF AMERICA
FOR A SEARCH WARRANT      CASE NO. 19-mj-1345
FOR FACEBOOK USER ID 9678067,
UNIVERSAL RECORD LOCATOR ("URL")
HTTPS://WWW.FACEBOOK.COM/SAUL.GARCIA.9678067
("**SUBJECT ACCOUNT**")

## AFFIDAVIT IN SUPPORT OF MOTION TO SEAL

I, Laura S. Kwaterski being first duly sworn on oath, hereby state as follows:

1. I am an Assistant United States Attorney in the Eastern District of Wisconsin, and am the prosecutor assigned to the above-captioned case.

2. In a warrant issued on October 28, 2019, this Court authorized agents to search Facebook User ID 9678067, Universal Record locator ("URL") https://www.facebook.com/saul.garcia.9678067, ("Subject Account")

3. This warrant was issued based on the application of DOL-OIG Brooks Abramson and included an attached affidavit.

4. Agents executed the search warrant on October 28, 2019.

5. The affidavit submitted in support of this application details the federal government's ongoing investigation into alleged violations of federal law in this district. As detailed in the affidavit, the government believes that Saul Garcia engaged in contempt of court and witness tampering. However, this investigation is not complete.

6. Disclosure of the search warrant application, including the supporting affidavit, would prejudice the government's ongoing investigation in this matter, in that it would alert them to law enforcement activity. This could encourage the target to change their method of operation,

making it more difficult for the government to determine the full scope of and participants in their criminal activity.

7. Based on the foregoing, the United States respectfully requests that the Court seal the application for warrant, including the supporting affidavit, as well as this affidavit, for a period of six months. This time period will allow the government to complete its investigation, at which time the government anticipates that appropriate criminal charges can be brought against the target of this investigation.

Laura S. Kwaterski

Subscribed and sworn to me this
___1st___ day of November, 2019

Notary Public, State of Wisconsin
My commission is permanent.